IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | |
| v. ) | Case No. 7:18CR00027 |
| ) | |
| EAST MENTAL HEALTH, LLC ) | |
| CHRISTOPHER DEAN EAST ) | |
| JOANN KATHLEEN PATTERSON ) | |
| ALRED LLOYD ROBRECHT ) | |
| WILLIAM BARCLAY ALLISON ) | |
| RYAN THOMAS GREENE ) | |
| ) | |

## MOTION TO DISMISS WITHOUT PREJUDICE

Comes now, the United States, through counsel, and respectfully asks this court, pursuant to Fed. R. Crim. P. 48, to dismiss the Indictment against all defendants without prejudice for the reasons articulated by the government at the status conference hearing on August 24, 2018, and in the supplemental briefing which will be provided to the court as directed.

Respectfully submitted,

DANIEL P. BUBAR
Attorney for the United States
Acting Under Authority Conferred
By 28 U.S.C. § 515

/s/ Zachary T. Lee
Zachary T. Lee, VSB 47087
Assistant United States Attorney
180 West Main Street
Abingdon, Virginia 24210
(276) 628-4161

1

(276) 628-7399 (Fax)
USAVAW.ECFAbingdon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on Friday, August 24, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the defendants.

/s/ Zachary T. Lee
Assistant United States Attorney